THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STEVEN REESE                              :

    Plaintiff                           :

vs.                                       :    Civil Action No.  AMD-01-2428

LEVI CANNADAY                             :

    and                                 :

BUSH LEASING, INC.                        :

    Defendants                          :

## ORDER

Upon consideration of the Motion for Summary Judgment filed herein by the defendant, Bush Leasing, Inc., it is by the Court this 31ST day of DEC, 2001, (NO OPPOSITION HAVING BEEN FILED)

**ORDERED,** that the motion be, and the same hereby is, **GRANTED** and that judgment is entered in favor of Bush Leasing, Inc. on all claims filed by the plaintiff.

                                                              _____
                                                               Judge