UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

February 19, 2002

MEMORANDUM TO COUNSEL RE:   Reese v. Cannaday
Civ. No. AMD 01-2428

Your status report has not been submitted.

By separate order, I am referring this case for ADR proceedings before one of our Magistrate Judges. Please submit your status report immediately. I trust that you and your clients will give full consideration to the desirability of trying this motor tort before a jury presided over by a Magistrate Judge.

Despite the informal nature of this letter, it is an Order of Court and the Clerk shall docket it as same.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file